IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Harold Lindeman, Jamie Livengood and Matthew Beeman | : | |
| | : | |
| v. | : | |
| | : | |
| The Borough of Meyersdale, Somerset County, | : | |
| Appellant | : | No. 2063 C.D. 2014 |

## **O R D E R**

NOW, February 17, 2016, having considered appellees' application for reargument and appellant's answer in response thereto, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge